## W. W. Stovall & Bro. et al. v. Patterson & Evans.

APPEAL from Coosa Circuit Court.
Tred before the Hon. N. D. DENSON.

D. H. RIDDLE, for appellants.

L. E. PARSONS and GORDON MACDONALD, for appellees.

This was a suit brought by the appellees, Patterson & Evans, against W. W. Stovall & Bro., and counted upon an attachment bond; the plaintiffs seeking to recover for wrongfully and vexatiously suing out of an attachment against them by the defendants. There was judgment in favor of the plaintiffs. The defendants appeal.

The judgment is affirmed.

Opinion by HARALSON, J.